

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00378-CV

_____

IN THE INTEREST OF C.R., A CHILD

---

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-704950-21

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

Appellant S.R., proceeding pro se, attempts to appeal from an "Order Denying Request for Recusal" signed by the presiding judge of the Eighth Administrative Judicial Region. *See generally* Tex. R. Civ. P. 18a, 18b(b). We notified S.R. of our concern that we lack jurisdiction over this appeal because the "Order Denying Request for Recusal" did not appear to be a final judgment or appealable interlocutory order. We informed her that unless she or any party desiring to continue the appeal filed a response within ten days showing grounds for continuing the appeal, we would dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Ten days have passed, and we have received no response.

"An order denying a motion to recuse may be reviewed only for an abuse of discretion *on appeal from the final judgment*." Tex. R. Civ. P. 18a(j)(1)(A) (emphasis added). The trial-court clerk has informed us that there is no final judgment in this case. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); Tex. R. Civ. P. 18a(j)(1)(A); *Thayer v. Thayer*, Nos. 02-14-00025-CV, 02-14-00026-CV, 2014 WL 982433, at *1 (Tex. App.—Fort Worth Mar. 13, 2014, no pet.) (per curiam) (mem. op.) (explaining that an order denying a recusal motion is not an appealable interlocutory order and may be reviewed only "on appeal from the final judgment" (quoting Tex. R. Civ. P. 18a(j)(1)(A))).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  April 21, 2022